[No. 20399-9-III.  Division Three.  June 27, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BART B. BONEBRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-8-00606-8, Gregory D. Sypolt, J., entered August 2, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20853-2-III.  Division Three.  June 27, 2002.]

COLUMBIA CONTRACTING COMPANY, INC., *Petitioner*, MONTE J. KESTELL, JR., ET AL., *Appellants*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-03854-5, Tari S. Eitzen, J., entered January 29, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 26011-5-II.  Division Two.  June 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK LEROY BESHEARS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04391-1, Frederick W. Fleming, J., entered June 2, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26334-3-II.  Division Two.  June 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER NEIL LADNER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00172-4, H. John Hall, J., entered August 21, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.